UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-747-F

| | |
|---|---|
| EUGENE N. DUNSTON,<br>Plaintiff<br><br>v.<br><br>SHERIFF DONNIE HARRISON, et al.,<br>Defendants. | ORDER |

This matter is before the court *sua sponte*. Defendants have filed a Notice of Appeal of the court's January 13, 2014 Order in this action. Consequently, this case, including the trial presently scheduled for the March 10, 2014 term of court, is STAYED pending the appeal. The pretrial conference, previously scheduled for February 18, 2014, is necessarily cancelled and the parties do not need to submit the pretrial order on February 13, 2014. The Clerk of Court is DIRECTED to remove this matter from the undersigned's trial calendar.

SO ORDERED.
This the _10_ day of February, 2014.

JAMES C. FOX
Senior United States District Judge