IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-747-F

| | |
|---|---|
| EUGENE N. DUNSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SHERIFF DONNIE HARRISON, ) | |
| in his official and individual capacities, ) | |
| Wake County Sheriff's Office Detention ) | **ORDER** |
| Officers MICHAEL J. HAYES and ) | |
| DUANE D. GREENFIELD, and former ) | |
| Officer WACO DOUGLAS, JR., in their ) | |
| individual capacities, and THE OHIO ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| as surety, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Defendants' Request for Additional Deposition Testimony Pursuant to Federal Rule of Civil Procedure 32 [DE-139]. The parties have informed the court that they have reached an agreement concerning this matter. Therefore, the motion is DISMISSED AS MOOT.

SO ORDERED.

This, the 12 day of March, 2015.

_____
JAMES C. FOX
Senior United States District Judge