UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EUGENE N. DUNSTON,                )<br>        Plaintiff,                )<br>                )<br>                )<br>    v.                )<br>                )<br>SHERIFF DONNIE HARRISON in his official and )<br>individual capacities; Wake County Sheriff's Office)<br>Detention Officer MICHAEL J. HAYES, and   )<br>former officer WACO DOUGLAS, JR., in their   )<br>individual capacities; and THE OHIO CASUALTY )<br>INSURANCE COMPANY as surety, and Wake  )<br>County Sheriff's Office Detention Officer DUANE )<br>D. GREENFIELD, in his individual capacity,   )<br>        Defendants.         ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-747-F** |

**JURY VERDICT.**

This action was tried by a jury with the Honorable James C. Fox, Senior United States District Judge, presiding, and the jury has rendered a verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff has not proved that *Defendant Douglas* violated his right as a pretrial detainee to be free from *excessive force* under the Fourteenth Amendment; that the Plaintiff has not proved that *Defendant Greenfield* violated his right as a pretrial detainee to be free from *excessive force* under the Fourteenth Amendment; that the Plaintiff has not proved that *Defendant Hayes* violated his right as a pretrial detainee to be free from *excessive force* under the Fourteenth Amendment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Plaintiff has not proved that *Defendant Douglas* committed a battery of him; that the Plaintiff has not proved that *Defendant Greenfield* committed a battery of him; that the Plaintiff has not proved that *Defendant Hayes* committed a battery of him.

**This judgment filed and entered on March 20, 2015, and electronic copies to:**

Eric Laurence Doggett, Attorney for Plaintiff
Gregory M. Kash, Attorney for Plaintiff
Caroline P. Mackie, Attorney for Defendants
J. Nicholas Ellis, Attorney for Defendants
*via electronic service - CM/ECF*

**DATE:**

March 20, 2015

**JULIE RICHARDS JOHNSTON,
CLERK, US DISTRICT COURT**

 /s/ Shelia Foell
(By) Shelia Foell, Deputy Clerk of Court