UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EUGENE N. DUNSTON, ) | |
| Plaintiff, ) | **CORRECTED** |
| ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:11-CV-747-F** |
| v. ) | |
| ) | |
| SHERIFF DONNIE HARRISON in his official and ) | |
| individual capacities; Wake County Sheriff's Office) | |
| Detention Officer MICHAEL J. HAYES, and ) | |
| former officer WACO DOUGLAS, JR., in their ) | |
| individual capacities; and THE OHIO CASUALTY ) | |
| INSURANCE COMPANY as surety, and Wake ) | |
| County Sheriff's Office Detention Officer DUANE ) | |
| D. GREENFIELD, in his individual capacity, ) | |
| Defendants. ) | |

**JURY VERDICT.**

This action was tried by a jury with the Honorable James C. Fox, Senior United States District Judge, presiding, and the jury has rendered a verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the jury verdict entered on 3/20/2015, plaintiff have and recover nothing of defendants Hayes, Greenfield and Douglas.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendants Harrison and the Ohio Casualty are entitled to judgment as a matter of law and this action is dismissed.

**This judgment filed and entered on March 23, 2015, and electronic copies to:**

Eric Laurence Doggett, Attorney for Plaintiff
Gregory M. Kash, Attorney for Plaintiff
Caroline P. Mackie, Attorney for Defendants
J. Nicholas Ellis, Attorney for Defendants
*via electronic service - CM/ECF*

| | |
|---|---|
| **DATE:** | **JULIE RICHARDS JOHNSTON,** |
| | **CLERK, US DISTRICT COURT** |
| March 23, 2015 | |
| | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk of Court |