UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EUGENE N. DUNSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **JUDGMENT**<br>SHERIFF DONNIE HARRISON in his ) No. 5:11-CV-747-F<br>official and individual capacities; Wake )<br>County Sheriff's Office Detention Officer )<br>MICHAEL J. HAYES and former officer )<br>WACO DOUGLAS, JR., in their individual )<br>capacities; and THE OHIO CASUALTY )<br>INSURANCE COMPANY as surety, and )<br>Wake County Sheriff's Office Detention )<br>Officer DUANE D. GREENFIELD, in his )<br>individual capacity, )<br>)<br>Defendants. ) | |

**Decision by Court.**

This action came before Julie Richards Johnston, Clerk of Court, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED,** having reviewed the Parties' Joint Stipulation as to Bill of Costs [DE-163], that costs be taxed against Plaintiff Eugene N. Dunston in the amount of $4,000.00.

**This Judgment Filed and Entered on April 15, 2015, and Copies To:**

Thomas A. Woodley/David W. Ricksecker/Diana J. Nobile/Kurt T. Rumsfeld/M. Travis Payne/
Megan Kathleen Mechak (via CM/ECF Notice of Electronic Filing)
Jacqueline Terry Hughes/Julie B. Bradburn/Kristen Riggs/Theresa Sprain/Mary Craven (via CM/ECF Notice of Electronic Filing)
Jeffrey A. Doyle (via CM/ECF Notice of Electronic Filing)
Katie Hartzog/Paul H. Derrick (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| April 15, 2015 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |