UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EUGENE N. DUNSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF DONNIE HARRISON in his )<br>official and individual capacities; Wake )<br>County Sheriff's Office Detention Officer )<br>MICHAEL J. HAYES and former officer )<br>WACO DOUGLAS, JR., in their individual )<br>capacities; and THE OHIO CASUALTY )<br>INSURANCE COMPANY as surety, and )<br>Wake County Sheriff's Office Detention )<br>Officer DUANE D. GREENFIELD, in his )<br>individual capacity, )<br>)<br>Defendants. ) | AMENDED<br>**JUDGMENT**<br>No. 5:11-CV-747-F |

**Decision by Court.**

This action came before Julie Richards Johnston, Clerk of Court, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED,** having reviewed the Parties' Joint Stipulation as to Bill of Costs [DE-163], that costs be taxed against Plaintiff Eugene N. Dunston in the amount of $4,000.00.

**This Judgment Filed and Entered on April 29, 2015, and Copies To:**

Eric Laurence Doggett, Attorney for Plaintiff
Gregory M. Kash, Attorney for Plaintiff
Caroline P. Mackie, Attorney for Defendants
J. Nicholas Ellis, Attorney for Defendants
via electronic service - CM/ECF

| | |
|---|---|
| DATE<br>April 29, 2015 | JULIE RICHARDS JOHNSTON, CLERK<br>/s/ Jacqueline B. Grady<br>(By) Jacqueline B. Grady, Deputy Clerk |